**IN THE UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE**

|  |  |
|---|---|
| BIO-LAB, INC., ET AL.,<br><br>                    *Plaintiffs*,<br><br>     v.<br><br>UNITED STATES,<br><br>                    *Defendant*,<br><br>     AND<br><br>JUANCHENG KANGTAI CHEMICAL CO., LTD. AND HEZE HUAYI CHEMICAL CO., LTD.,<br><br>                    *Defendant-Intervenors*. | Court No. 24-00024 |
| JUANCHENG KANGTAI CHEMICAL CO., LTD. AND HEZE HUAYI CHEMICAL CO., LTD.,<br><br>                    *Plaintiffs*,<br><br>     v.<br><br>UNITED STATES,<br><br>                    *Defendant*,<br><br>     AND<br><br>BIO-LAB, INC., ET AL.,<br><br>                    *Defendant-Intervenors*. | Court No. 24-00026 |

**PLAINTIFFS' CONSENT MOTION TO CONSOLIDATE CASES**

Pursuant to Rules 7 and 42(a) of the Rules of the United States Court of International Trade, plaintiffs Bio-Lab, Inc., et al. (Ct. No. 24-00024) and Juancheng Kangtai Chemical Co., Ltd. ("Juancheng Kangtai") and Heze Huayi Chemical Co., Ltd. ("Heze Huayi") (Ct. No. 24-

00026) respectfully request that the Court consolidate the two above-captioned actions into *Bio-Lab, Inc., et al. v. United States*, Consol. Ct. No. 24-00024. The plaintiffs in the two respective actions have received consent to this motion from Elizabeth A. Speck, counsel for the Defendant. Plaintiffs Bio-Lab, Inc., et al. are defendant-intervenors in Ct. No. 24-00026 and consent to consolidation. Plaintiffs Juancheng Kangtai and Heze Huayi are defendant-intervenors in Ct. No. 24-00024 and consent to consolidation. Thus, all parties to both actions have consented to this motion.

Rule 42(a) provides that when actions involving "a common question of law or fact" are pending before the court, the Court may order all the actions consolidated and may issue any other orders to avoid unnecessary costs or delay. The provisions of Rule 42(a) are applicable here. The cases identified above involve common questions of law or fact and challenge the same final determination issued by the U.S. Department of Commerce in the 2021-2022 administrative review of the antidumping duty order covering Chlorinated Isocyanurates from the People's Republic of China, published in the *Federal Register* on January 4, 2024. *See Chlorinated Isocyanurates from the People's Republic of China: Final Results of Antidumping Duty Administrative Review; 2021-2022*, 89 Fed. Reg. 455 (Jan. 4, 2024).

Specifically, the complaints in each of the two cases indicate that the plaintiffs intend to challenge various aspects of Commerce's final weighted-average dumping margin calculated for Juancheng Kangtai and Heze Huayi, including the selection of a primary surrogate country for purposes of selecting surrogate values. *See Bio-Lab, Inc. et al. v. United States*, ECF No. 8; *Juancheng Kangtai Chemical Co., Ltd. et al. v. United States*, ECF No. 8. These overlapping challenges represent "a common question of law or fact." Hence, consolidating these cases will promote judicial efficiency and conserve the resources of the parties and the Court because it

will reduce the number of duplicative filings that would occur if the cases remained separate. Consolidation of these two matters is also appropriate because potential remands in separate cases might lead to inconsistent calculations and conflicting results. *See Deer Park Glycine, LLC v. United States*, 2024 WL 1193565 (Mar. 20, 2024) ("Consolidation may be appropriate when it promotes judicial economy or avoids inconsistent results."); *Brother Indus., Ltd. v. United States*, 1 C.I.T. 102, 103-104 (1980) (consolidating cases involving common questions of law and fact and a common administrative record).

Accordingly, we respectfully request that the Court consolidate the above-captioned cases into *Bio-Lab, Inc., et al. v. United States*, Consol. Ct. No. 24-00024.

Respectfully submitted,

/s/ James R. Cannon, Jr.

James R. Cannon, Jr.
Ulrika K. Swanson
Chase J. Dunn

**CASSIDY LEVY KENT (USA) LLP**
900 19th Street, NW, Suite 400
Washington, D.C. 20006
Phone: (202) 567-2300
Fax: (202) 567-2301
Email: jcannon@cassidylevy.com

*Counsel for Bio-Lab, Inc., Innovative Water Care, LLC, and Occidental Chemical Corporation*

Dated: May 17, 2024

/s/ Gregory S. Menegaz
Gregory S. Menegaz
Alexandra H. Salzman
Vivien Jinghui Wang
DEKIEFFER & HORGAN, PLLC
Suite 1101
1156 Fifteenth Street, N.W. 20005
Phone: (202) 783-6900
Fax: (202) 783-6909
Email: gmenegaz@dhlaw.com

*Counsel for Juancheng Kangtai Chemical Co., Ltd. and Heze Huayi Chemical Co., Ltd.*