UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| BIO-LAB, INC., ET AL.<br>Plaintiffs,<br><br>and<br><br>JUANCHENG KANGTAI CHEMICAL CO., LTD. AND HEZE HUAYI CHEMICAL CO., LTD.,<br>Consolidated Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br>Defendant,<br><br>and<br><br>BIO-LAB, INC., ET AL; JUANCHENG KANGTAI CHEMICAL CO., LTD. ET AL.<br>Defendant-Intervenors and<br>Consolidated Defendant-Intervenors.. | Consol. Ct No. 24-00024 |

**Partial Consent Motion to Amend Scheduling Order**

Pursuant to U.S. Court of International Trade Rule 7(b), Defendant-Intervenors and Consolidated Plaintiffs Juancheng Kangtai Chemical Co., Ltd. and Heze Huayi Chemical Co., Ltd. (collectively, "Consolidated Plaintiffs"), respectfully move to amend the Court's Scheduling Order to extend the time to file comments in opposition to the second remand results by two weeks. *See* Court's Paperless Scheduling Order pursuant to ECF 77(September 2, 2026); see also Rule 56.2(h). Pursuant to the current Scheduling Order and Rule 56.2(h), the deadline for parties to file comments in opposition to the second remand results is November 9, 2026.

Due to Defendant's extension of the remand results deadline, the later period provided to file remand comments overlapped with intervening significant briefing schedules and travel

schedules; Consolidated Plaintiffs accordingly find that they require this additional time to draft and finalize their remand comments. Further, the second remand results resulted in essentially an entirely new final results with a change in comparable merchandise, surrogate country, and the resulting margin calculations, thereby requiring more time to brief than a more narrowed remand.

With the extension of the remand results deadline to October 9, 2026, the time provided to file remand comments has overlapped with preparation and verification of both Consolidated Plaintiffs by the Department of Commerce in a later review of this same Order. Consolidated Plaintiffs have been fully occupied for the past month preparing for these week-long verifications which conclude only on November 6, 2026. Further, both Consolidated Plaintiffs have the same local and U.S. Counsel, which have likewise been fully occupied with travel and preparation of these verifications for the past month. More time is needed after the verifications are completed for the companies and Counsel to fully consider the remand results and draft comments.

Further, Consolidated Plaintiffs' two primary U.S. Counsel will also be on prearranged travel next week through November 22, 2026, which will also make progress on the remand comments more time-consuming across different locations and time-zones. Lastly, U.S. Counsel has also been burdened with substantial Court deadlines in the time provided to file remand comments, including oral argument in a complicated multi-party litigation before this Court, two significant reply briefs also including coordination among multiple parties due next week, and a response brief at the Court of Appeals for the Federal Circuit. Accordingly, U.S. Counsel submits that under the circumstances of intervening travel and work burdens with the extended remand schedule, this extension to the remand comment period is warranted.

Pursuant to USCIT Rule 7(b), Consolidated Plaintiffs consulted with the parties. On November 3, 2026, Tate Walker, counsel for Defendant consented to this motion via e-mail. As extending this deadline would make the reply remand comments due during the holiday season, Defendant United States also requests that the reply remand comment deadline also be equally extended further, the attached proposed Order reflects this. On November 4, 2026, Chase J. Dunn, counsel for Plaintiffs, indicated that Plaintiffs oppose the requested extension and any further extensions of the schedule in this case.

Consolidated Plaintiffs have attached a Proposed Amended Scheduling Order.

For these reasons, we respectfully request that the Court grant this motion.

Respectfully submitted,

/s/ Gregory Stephen Menegaz
Gregory S. Menegaz
Alexandra H. Salzman
Vivien Jinghui Wang
**The Inter-Global Trade Law Group, PLLC**
Suite 1101
1156 Fifteenth Street, N.W.
Washington, D.C. 20005
*On behalf of Consolidated Plaintiffs*

Dated: November 4, 2026

UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE TIMOTHY M. REIF, JUDGE

| | |
|---|---|
| BIO-LAB, INC., ET AL.<br>Plaintiffs,<br><br>and<br><br>JUANCHENG KANGTAI CHEMICAL CO., LTD. AND HEZE HUAYI CHEMICAL CO., LTD.,<br>Consolidated Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br>Defendant,<br><br>and<br><br>BIO-LAB, INC., ET AL; JUANCHENG KANGTAI CHEMICAL CO., LTD. ET AL.<br>Defendant-Intervenors and<br>Consolidated Defendant-Intervenors. | Consol. Ct No. 24-00024 |

**AMENDED SCHEDULING ORDER**

Upon consideration of Consolidated Plaintiffs' Partial Consent Motion to Amend Scheduling Order, it is hereby **ORDERED** that the remand schedule shall be amended as follows:

1. Parties shall file comments in opposition to the second remand results on or before November 23, 2026;

2. Parties shall file reply comments in support of the second remand results on or before January 6, 2027;

3. Any motions for oral argument will be due January 13, 2027; and

4. Consolidated Plaintiffs shall file the parties' joint appendix on or before January 20, 2027.

**SO ORDERED.**

Dated: ____________________ ________________________________
New York, New York The Hon. Timothy M. Reif, Judge